UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. WARD,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON CORPORATION and<br>MICHAEL B. SHEA,<br><br>    Defendant. | CIVIL ACTION<br>NO.<br><br>03 CV 12281 JLT |

**DEFENDANT VERIZON'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Verizon hereby identifies the following corporate or other parents, subsidiaries and affiliates in which it holds securities or other interests:

1. Verizon New England Inc. is a wholly owned subsidiary of NYNEX Corporation which is a wholly owned subsidiary of Verizon Communications Inc.

2. Verizon Communications Inc. is a publicly held company, which owns the following subsidiaries having securities in the hands of the public:

| | |
|---|---|
| Verizon Delaware Inc. | Verizon Maryland Inc. |
| Verizon New Jersey Inc. | Verizon Pennsylvania Inc. |
| Verizon Virginia Inc. | Verizon Washington, D.C. Inc. |
| Verizon West Virginia Inc. | Verizon Capital Corp. |
| Verizon Global Funding Corp. | NYNEX Corporation |
| Verizon New York Inc. | Verizon New England Inc. |
| Verizon California Inc. | Verizon Florida Inc. |
| Verizon Hawaii Inc. | Verizon North Inc. |
| Verizon Northwest Inc. | Verizon South Inc. |
| GTE Southwest Incorporated (d/b/a Verizon Southwest) | |

19/427269.1

2. In addition, Verizon Communications Inc. has a minority but controlling interest in Grupo Iusacell, S.S. de C.V., the stock of which is traded publicly in the United States and a controlling interest in CTI Holdings, SA which has publicly traded bonds. Verizon Communications Inc. owns further a minority but controlling interest in Telecomunicaciones de Puerto Rico, Inc. which has publicly traded notes and a minority controlling interest in CANTV (Venezuela) which has publicly traded ADRs. Verizon Communications Inc. also owns non-controlling minority interests in various other companies which have publicly traded stock in the United States.

VERIZON NEW ENGLAND INC.

By its attorneys,

Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: November 17, 2003

AFFIDAVIT OF SERVICE

I, [signature], depose and state that on this day a true copy of the above document was served upon the attorney of record for each party [illegible] signed under the pains and penalties of perjury.

Dated: 11/17/03 [signature]

19/427269.1