UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL P. WARD
    Plaintiff,           )
                              )
V                            )
                              )   CA 03- 12281-JLT
VERIZON CORPORATION and    )
MICHAEL B. SHEA,            )
    Defendants.           )

ORDER

NOVEMBER 20 2003

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

                                          /s/ J. Tauro
                                          United States District Judge

DOCKETED