
**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Andrea Husher Carter
Senior Paralegal
Boston Office
617.832.1761
acarter@foleyhoag.com

November 24, 2003

<u>**Via U.S. Mail**</u>

Civil Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    **Daniel P. Ward v. Verizon Corporation, et al.**
             **Civil Action No. 03cv12281-JLT**

Dear Sir or Madam:

    Enclosed for filing in the captioned removed action please find the court-certified record from Suffolk Superior Court.

    This should complete the removal process for this matter.

    Thank you for your assistance.

                                        Very truly yours,

                                        Andrea Husher Carter

Enclosure

cc:    Paul A. Manoff, Esq. (w/out encl.)
        Arthur G. Telegen, Esq.
        Robert A. Fisher, Esq.

19/427684.1

BOSTON  /  155 Seaport Boulevard  /  Boston, Massachusetts 02210  /  TEL: 617.832.1000  /  FAX: 617.832.7000
WASHINGTON, DC / 1747 Pennsylvania Ave., NW / Suite 1200 / Washington, DC 20006 / TEL: 202.223.1200 / FAX: 202.785.6687
Foley Hoag LLP
www.foleyhoag.com