UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL P. WARD,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON CORPORATION and<br>MICHAEL B. SHEA,<br><br>    Defendant. | Civil Action No. 03-12281-JLT |

## DEFENDANTS' ANSWER

Defendants Verizon New England Inc. ("VNE")[1] and Michael B. Shea ("Mr. Shea")(collectively referred to as "Defendants") hereby answer the Complaint filed by Plaintiff Daniel P. Ward ("Plaintiff" or "Mr. Ward").

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

As to each of the numbered allegations of the Complaint, Defendants respond as follows:

1. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 1.

2. Defendants admit that Verizon New England Inc. is a corporation with a place of business located in Boston, Massachusetts.

3. Defendants admit that Mr. Shea is currently employed by VNE.

---

[1] Plaintiff Daniel P. Ward incorrectly identified Verizon Corporation as a defendant in his Complaint. The Company should be referred to as Verizon New England Inc.

17/508875.1

4. Paragraph 4 states a legal conclusion to which no responsive pleading is required.

5. Defendants admit the allegations of paragraph 5.

6. Defendants deny the allegations of paragraph 6.

7. Defendants admit that the Plaintiff was discharged effective March 12, 2003, and deny the remaining allegations of paragraph 7.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the Plaintiff's capability of performing his former duties with VNE.

9. Defendants deny the allegations of paragraph 9.

10. Defendants deny the allegations of paragraph 10.

11. Defendants admit that the Plaintiff filed a complaint against the Defendants with the Massachusetts Commission Against Discrimination ("MCAD") on or about June 19, 2003. Defendants admit that the complaint was given the docket number 03BEM01567 by the MCAD. Defendants state that the rest of the allegations of paragraph 11 refer to the complaint, which speaks for itself, and therefore any characterizations thereof are denied.

12. Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 12 regarding the Plaintiff's actions to exhaust his administrative remedies prior to bringing or maintaining this action.

13. Defendants admit the allegations of paragraph 13 to the extent that Plaintiff called the Absence Reporting Center on at least one occasion prior to being discharged to report his absence. Defendants admit that the leave requested by the Plaintiff was ultimately

- 3 -

granted, but further state that by the time the leave was granted Plaintiff's employment with VNE had been properly terminated because of Plaintiff's misconduct.

14. Paragraph 14 states a legal conclusion to which no answer is required.

15. Defendants deny the allegations of paragraph 15.

### THIRD DEFENSE

Defendants acted reasonably and in good faith.

### FOURTH DEFENSE

Plaintiff was laid off for legitimate non-discriminatory reasons.

### FIFTH DEFENSE

Plaintiff has failed to mitigate damages.

### SIXTH DEFENSE

Plaintiff is estopped from asserting his claims.

### SEVENTH DEFENSE

Plaintiff was properly terminated for good cause.

- 4 -

WHEREFORE, Defendants respectfully request that the Court dismiss the Plaintiff's Complaint, deny the Plaintiff's prayer for relief, and deny Plaintiff's request for attorneys' fees and costs.

VERIZON NEW ENGLAND INC.,
and MICHAEL B. SHEA
By their attorneys,

*/s/ Arthur Telegen*

Arthur Telegen, BBO # 494140
Robert Fisher, BBO # 643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000

Dated: November 24, 2003
17/508875.1

I HEREBY CERTIFY T[HAT A TRUE C]OPY [OF THE] ABOVE DOCUMENT WAS S[ERVED] UPON T[HE] A[T]TORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-~~HAND~~ ON

11/24/03

*/s/*

17/508875.1                              - 4 -