DRAFT

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

03-12281-RCL

----------------------------------------x

DANIEL P. WARD,

        Plaintiff,

v.

VERIZON CORPORATION and
MICHAEL B. SHEA,

        Defendants.

----------------------------------------x

## DEFENDANTS' CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) and this Court's ORDER of September 12, 2003, defendants Verizon New England, Inc. and Michael B. Shea and their attorneys hereby certify that they have conferred regarding a budget for the above-captioned litigation and have discussed the use of alternative dispute resolution to resolve the matter.

By their attorneys:

*[signature]*

Arthur G. Telegen (BBO # 494140)
Matthew Adams (BBO# 655790)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

January 7, 2004

Michael B. Shea

_____

Verizon New England, Inc.,
by its representative,

*[signature]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x
DANIEL P. WARD,

        Plaintiff,

v.

VERIZON CORPORATION and
MICHAEL B. SHEA,

        Defendants.
-----------------------------------------------x

CIVIL ACTION NO.:
03-12281-RCL

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) and this Court's ORDER of September 12, 2003, defendants Verizon New England, Inc. and Michael B. Shea and their attorneys hereby certify that they have conferred regarding a budget for the above-captioned litigation and have discussed the use of alternative dispute resolution to resolve the matter.

By their attorneys:

Arthur G. Telegen (BBO # 494140)
Matthew Adams (BBO# 655790)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

January __, 2004

Michael B. Shea

Verizon New England, Inc.,
by its representative.