UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DANIEL P. WARD,                        \*
                                       \*
            Plaintiff                  \*
                                       \*          *03 –*
v.                                     \*  **C.A. NO. 12281-RCL**
                                       \*
VERIZON CORPORATION and                \*
MICHAEL B. SHEA,                       \*
                                       \*
            Defendants                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S L.R. 16.1(D)(3) CERTIFICATE

Now comes plaintiff and the undersigned counsel and hereby affirm that they have

conferred:

a.    with a view to establishing a budget for the costs of conducting the full course and
      various alternative  courses – of the litigation; and

b.    to consider the resolution of the litigation through the use of alternative dispute
      resolution programs such as those outlined in L.R. 16.4.


Counsel to plaintiff.

_____        _____
Daniel P. Ward                 Paul A. Manoff
                               47 Winter Street, #4
                               Boston, MA 02108
                               (617) 542-4620
                               BBO# 318220

ward\16dcert