UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. WARD,<br>        Plaintiff,<br><br>v.<br><br>VERIZON CORPORATION and<br>MICHAEL B. SHEA,<br>        Defendants. | Civil Action No. 03-12281-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the provision of Local Rule 83.5.2, please take notice that Robert A. Fisher, Esq. hereby withdraws his appearance on behalf of the defendants Verizon New England, Inc. and Michael B. Shea. In accordance with Local Rule 83.5.2(c):

1. Arthur G. Telegen, Esq., and Matthew L. Adams, Esq. continue in this matter as counsel for defendants Verizon New England, Inc. and Michael B. Shea;

2. There are no motions pending before the Court;

3. No trial date has been set; and

4. No hearings or conferences are scheduled, and no reports, oral or written, are due.

Robert A. Fisher (BBO# 643797)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: February 3, 2002

386331.1