UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. WARD,<br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON CORPORATION and<br>MICHAEL B. SHEA,<br>　　　　Defendants. | Civil Action No. 03-12281-RCL |

## NOTICE OF APPEARANCE

1. Pursuant to the provision of Local Rule 83.5.2, please take notice that Matthew L. Adams, Esq. hereby appears on behalf of the defendants Verizon New England, Inc. and Michael B. Shea.

　　　　　　　　　　　　　　　　　　　　　／s／ Matthew L. Adams
　　　　　　　　　　　　　　　　　　　　Matthew L. Adams (BBO# 655790)
　　　　　　　　　　　　　　　　　　　　Foley Hoag LLP
　　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2600
　　　　　　　　　　　　　　　　　　　　(617) 832-1000

Dated: February 3, 2002

386331.1