UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 16 P 12:24

U.S. DISTRICT COURT
DISTRICT OF MASS

DANIEL P. WARD,

        Plaintiff,

v.

VERIZON CORPORATION and
MICHAEL B. SHEA,

        Defendants.

CIVIL ACTION No. 03-12281-RCL

## DEFENDANT'S MOTION TO EXTEND TIME TO COMPLETE FACT WITNESS DEPOSITIONS

Defendant Verizon New England Inc. ("Defendant") hereby moves that the scheduling order for the above-referenced matter be extended as to allow all parties four additional weeks to complete fact witness depositions. Due to conflicting obligations to appear in court, and complications caused by the presence in Boston of the Democratic National Convention in late July, the parties will be unable to complete fact witness depositions by July 30, 2004. Defendant is not seeking to modify any of the other due dates in the Case Management Plan. The new due date would be as follows:

Completion of fact witness depositions due on or before August 27, 2004.

The granting of this request would not have an impact on the dates that the Court has set for the disclosure of Plaintiff's expert(s), the disclosure of Defendant's expert(s), or the filing of Rule 56 motion(s). Plaintiff's counsel, Paul Manoff, has been contacted and has assented to this request.

FHBoston/1076770.1

VERIZON NEW ENGLAND INC.

By their attorneys,

*[signature]*

Arthur G. Telegen, BBO #494140
Matthew L. Adams, BBO #655790
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: July 15, 2004

## CERTIFICATE OF SERVICE

I, Matthew L. Adams, certify that on July 15, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by first class mail, to Paul A. Manoff, Esq., 47 Winter Street, 4th Floor, Boston, MA 02108.

*[signature]*

Matthew L. Adams