UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL P. WARD,

        Plaintiff,

v.

VERIZON CORPORATION and
MICHAEL B. SHEA,

        Defendants.

CIVIL ACTION No. 03-12281-RCL

## DEFENDANT'S MOTION TO EXTEND TIME TO COMPLETE FACT WITNESS DEPOSITIONS

Defendant Verizon New England Inc. ("Defendant") hereby moves that the scheduling order for the above-referenced matter be extended so as to allow all parties two additional months to complete fact witness depositions. Counsel for each party is involved in a heavy trial schedule, and will be unable to complete fact witness depositions by August 27, 2004. The extension sought by Defendant would affect other dates in the scheduling order, and Defendant therefore moves for the following schedule:

1. Completion of fact witness depositions due on or before October 22, 2004.

2. Designation of Plaintiff's Expert Witnesses due on or before November 19, 2004.

3. Designation of Defendant's Expert Witnesses due on or before December 24, 2004.

4. Filing of Rule 56 motion(s) due on or before January 14, 2005.

5. The scheduling order does not set a date for either the parties' Settlement Conference or the Final Pretrial Conference.

FHBoston/1093769.1

Plaintiff's counsel, Paul Manoff, has been contacted and has assented to this request.

VERIZON NEW ENGLAND INC.

By their attorneys,

*/s/ Matthew L. Adams*

Arthur G. Telegen, BBO #494140
Matthew L. Adams, BBO #655790
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: August 25, 2004

## CERTIFICATE OF SERVICE

I, Matthew L. Adams, certify that on August 25, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by first class mail, to Paul A. Manoff, Esq., 47 Winter Street, 4th Floor, Boston, MA 02108.

*/s/ Matthew L. Adams*
Matthew L. Adams