UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL P. WARD,

   Plaintiff,

v.

VERIZON CORPORATION and
MICHAEL B. SHEA,

   Defendants.

CIVIL ACTION No. 03-12281-RCL

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE RULE 56 MOTIONS

Defendants Verizon New England Inc. and Michael B. Shea ("Defendants") hereby move that the scheduling order for the above-referenced matter be extended so as to allow all parties two additional weeks to file Rule 56 Motions. Due to conflicting schedules the parties will be unable to file Rule 56 Motions by January 14, 2005. Defendants are not seeking to modify any of the other due dates in the Case Management Plan. The new due date would be as follows:

Filing of Rule 56 Motions on or before January 28, 2005.

No date has been set for a Settlement Conference or a Final Pretrial Conference. Plaintiff's counsel, Paul Manoff, has been contacted and has assented to this request.

FHBOSTON/1151984.1

VERIZON NEW ENGLAND INC.

By their attorneys,

*/s/ Matthew L. Adams*

Arthur G. Telegen, BBO #494140
Matthew L. Adams, BBO #655790
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

I, Matthew L. Adams, certify that on January 6, 2005, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by first class mail, to Paul A. Manoff, Esq., 47 Winter Street, 4th Floor, Boston, MA 02108.

*/s/ Matthew L. Adams*

Matthew L. Adams