UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. WARD,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON CORPORATION and<br>MICHAEL B. SHEA,<br><br>Defendants. | CIVIL ACTION NO. 03-12281-RCL<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In accordance with Fed. R. Civ. P. 56 and Local Rule 7.1(B), Defendants Verizon New England Inc. and Michael B. Shea hereby move for Summary Judgment on all counts of the Complaint filed by Plaintiff Daniel P. Ward.

In support of this Motion, Defendants rely upon the Memorandum of Law and Affidavit of David C. Kurtz submitted herewith.

Respectfully submitted,

**VERIZON NEW ENGLAND INC.** and
**MICHAEL B. SHEA**

By their attorneys,

Arthur G. Telegen (BBO # 494140)
David C. Kurtz (BBO # 641380)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: January 31, 2005

FHBOSTON/2039347.1

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Defendants hereby request that the Court schedule a hearing of this motion, as they believe that oral argument will assist the Court in resolving the issues presented.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, David C. Kurtz, co-counsel for Defendants, hereby certify that counsel for the parties have conferred in a good-faith, but unsuccessful attempt to resolve or narrow the issues presented by this Motion.

David C. Kurtz

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the Attorney of Record for each Party by mail/hand on 1/31/05