UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-12281-RCL |
| | ) |
| VERIZON CORPORATION and | ) |
| MICHAEL B. SHEA, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

In accordance with Local Rule 83.5.2, please enter the appearance of David C. Kurtz on behalf of the defendants Verizon New England Inc. and Michael B. Shea.

David C. Kurtz (BBO # 641380)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: January 31, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the Attorney of Record for each Party by hand on 1/31/05

386331.1