UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************

| | |
|---|---|
| DANIEL P. WARD, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *  **C.A. NO. 03-12281-RCL** |
| | * |
| VERIZON CORPORATION and | * |
| MICHAEL B. SHEA, | * |
| | * |
| Defendants | * |

*******************************

FILED
CLERKS OFFICE

2005 FEB 22 P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

### AFFIDAVIT OF PAUL A. MANOFF

I, Paul A. Manoff, hereby depose and say as follows:

1. I am the attorney for the plaintiff in the above action.

2. Attached hereto are true copies of depositions and exhibits in this action:

A. Deposition of Michael Shea, pages 1, 11-13, 26-27, 29-31, 39-40, 47, 53, 61-67, 74-76, 78, 84-85 and 89-92;

B. Deposition of Mary O'Leary, pages 1, 5, 16-17 and 21-24; and

C. Deposition of John Reed, pages 1, 25-26 and 30-31.

Signed under the pains and penalties of perjury this 18th day of February, 2005.

Paul A. Manoff

ward\affpam