UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. WARD,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON CORPORATION and<br>MICHAEL B. SHEA,<br><br>    Defendants. | CIVIL ACTION NO. 03-12281-RCL |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
A REPLY MEMORANDUM IN RESPONSE TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule 7.1(B)(3), defendants Verizon New England, Inc. and Michael B. Shea respectfully move for leave to file a reply memorandum to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment in the form attached hereto as Exhibit A.

In support of this motion, Defendants state that their short, 7-page proposed reply to the Plaintiff's opposition responds to specific arguments raised by Plaintiff and will both serve to clarify the material issues before the Court and aid the Court's resolution of the Motion for Summary Judgment. Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court allow them leave to file a reply memorandum in the form attached hereto as Exhibit A.

Respectfully submitted,

**VERIZON NEW ENGLAND INC.**
and **MICHAEL B. SHEA**

By their attorneys,

_____
Arthur G. Telegen (BBO # 494140)
David C. Kurtz (BBO # 641380)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: March 23, 2005

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify in accordance with Local Rule 7.1(A)(2) that I conferred in good faith with counsel for Plaintiff in an attempt to narrow the issues presented in this Motion. As a result, counsel for Plaintiff has agreed not to oppose this motion.

_____
David C. Kurtz

### CERTIFICATE OF SERVICE

On March 23, 2005, I, David C. Kurtz, hereby caused a copy of the above motion (and attachment) to be served, via first class mail, upon Paul Manoff, Esq., counsel of record for Plaintiff Daniel P. Ward.

_____
David C. Kurtz