<u>**EXHIBIT A**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON CORPORATION and )<br>MICHAEL B. SHEA, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO. 03-12281-RCL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Fed. R. Civ. P. 41(a)(1), plaintiff Daniel P. Ward and Defendants Verizon New England, Inc. and Michael B. Shea hereby stipulate that this action shall be dismissed with prejudice and without assessment of attorneys' fees, interest or costs against either party.

| DANIEL P. WARD, | VERIZON NEW ENGLAND, INC.<br>and MICHAEL B. SHEA, |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Paul A. Manoff<br>Paul A. Manoff (BBO # 318220)<br>47 Winter Street, #4<br>Boston, MA 02108<br>(617) 542-4620 | Arthur G. Telegen (BBO # 494140)<br>David C. Kurtz (BBO # 641380)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |

Dated: JUNE 27, 2006 ~~December __, 2005~~

B3129209.1